IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Maclin, Louise | Case Number: 05 B 55967 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/10/08 | Filed: 4/26/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 5, 2008
Confirmed: June 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,298.11 | |
| Secured: | | 520.45 |
| Unsecured: | | 1,206.45 |
| Priority: | | 0.00 |
| Administrative: | | 6,113.77 |
| Trustee Fee: | | 457.44 |
| Other Funds: | | 0.00 |
| Totals: | 8,298.11 | 8,298.11 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Cohen & Krol | Administrative | 1,178.80 | 1,178.80 |
| 2. | Cohen & Krol | Administrative | 3,434.97 | 3,434.97 |
| 3. | Ernesto D Borges Jr Esq | Administrative | 1,500.00 | 1,500.00 |
| 4. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 5. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 6. | CitiFinancial Mortgage | Secured | 520.45 | 520.45 |
| 7. | Midland Credit Management | Unsecured | 1,206.45 | 1,206.45 |
| 8. | Auto One Acceptance Corp | Secured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | First Premier | Unsecured | | No Claim Filed |
| 11. | West Asset Management | Unsecured | | No Claim Filed |
| 12. | Credit Protection Association | Unsecured | | No Claim Filed |
| 13. | Auto One Acceptance Corp | Unsecured | | No Claim Filed |
| 14. | Amex | Unsecured | | No Claim Filed |
| 15. | Seventh Avenue | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 7,840.67 | $ 7,840.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 51.50 |
| 4.8% | 83.43 |
| 5.4% | 183.38 |
| 6.5% | 111.48 |
| 6.6% | 27.65 |
| | $ 457.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Maclin, Louise | Case Number:  05 B 55967 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 12/10/08 | Filed:  4/26/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

